[Crim. No. 365.   Second Appellate District.—December 3, 1914.]

THE PEOPLE, Respondent, v. BABU B. ROY, Appellant.

CRIMINAL LAW—APPEAL—NEGLECT TO FILE POINTS AND AUTHORITIES
OR APPEAR AT HEARING—AFFIRMANCE OF JUDGMENT.—Where the
attorneys of record purporting to appear for a defendant in a crimi-
nal case neglected and failed to file any memorandum of points and
authorities and did not appear when the cause was called for argu-
ment, and at the request of another attorney who offered to appear
as counsel for the appellant, the court gave twenty days' time to file
a brief on behalf of the appellant, but no brief was filed, under the
circumstances, the court will assume that no ground for reversal
exists and that, as permitted by section 1253 of the Penal Code, the
judgment should be affirmed.

APPEAL from a judgment of the Superior Court of San
Diego County and from an order refusing a new trial.   T. L.
Lewis, Judge.

The facts are stated in the opinion of the court.

Arthur L. Dorn, and Herbert N. Ellis, for Appellant.

U. S. Webb, Attorney-General, and George Beebe, Deputy
Attorney-General, for Respondent.

CONREY, P. J.—The circumstances with respect to the
prosecution of this appeal are similar to those which appeared
in *People* v. *Measor*, 20 Cal. App. 339, [128 Pac. 1016].   The
transcript herein was filed in this court on August 12, 1914,
and the case duly set down for hearing on the calendar of
October 27, 1914; of which hearing due notice was given.
The attorneys of record purporting to appear for defendant,
neglected and failed to file any memorandum of points and
authorities and did not appear when the cause was called for
argument.   At the request of another attorney, residing in
the county from which this case is appealed, and who offered
to appear as counsel for the appellant, we gave him twenty
days' time to file a brief on behalf of defendant, but no brief
has been filed.   Under these circumstances, the court will as-
sume that no ground for reversal exists and that, as permitted
by section 1253 of the Penal Code, the judgment should be

affirmed. A general inspection and examination of the transcript has satisfied us that in this case no actual injustice is likely to follow from the enforcement of the rule.

The judgment and order denying a new trial are affirmed.

James, J., and Shaw, J., concurred.